# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-54525 |
| ROGER THOMAS BEECHAM, | ) | Hon. John H. Squires |
| | ) | Hearing Date:    June 30, 2011 |
| Debtor. | ) | Hearing Time:    9:30 a.m. |

## NOTICE OF MOTION

TO:    See Attached Service List

**PLEASE TAKE NOTICE** that on **June 30, 2011 at 9:30 a.m.,** or as soon as counsel may be heard, I shall appear before the Honorable John H. Squires, in Room 680, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Fifth and Final Application of Alan D. Lasko & Associates, P.C. for Allowance of Compensation and Expenses,** a copy of which is hereby served upon you, and shall seek the entry of an order in conformity with said pleading.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

> Richard M. Fogel (#3127114)
> Shaw Gussis Fishman Glantz
>   Wolfson & Towbin LLC
> 321 North Clark Street, Suite 800
> Chicago, Illinois 60654
> (312) 541-0151
> Attorneys for the Trustee

## CERTIFICATE OF SERVICE

Richard M. Fogel, an attorney, certifies that he caused to be served true copies of the above notice and attached motion upon the attached Service List by first-class U.S. Mail, proper postage prepaid, on June 21, 2011 from 321 North Clark Street, Chicago, Illinois 60654.

/s/ Richard M. Fogel

{5289 APPL A0293705.DOC}

## SERVICE LIST

Kathryn M. Gleason
Office of the U.S. Trustee
219 S. Dearborn St., Suite 873
Chicago, IL 60604

R. Thomas Beecham
21229 Lily Lake Lane
Crest Hill, IL  60403

Mark K. Thomas
Proskauer Rose LLP
70 W. Madison Street, Suite 3800
Chicago, IL  60602

August A. Pilati
August A. Pilati and Associates, Ltd.
53 West Jackson Blvd., Suite 528
Chicago, IL 60604

Brown Bark LLL, L.P.
Attn:  Tiffany Jones
P.O. Box 1068
Stafford, Texas 77497-1068

Wachovia Bank N. A.
P.O. Box 13765
Roanoke, VA 24037

Alan D. Lasko
Alan D. Lasko & Associates, P.C.
29 S. LaSalle Street, Suite 1240
Chicago, IL  60603

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Estate of Thomas Beecham | ) | No. 05 B 54525 |
| | ) | |
| 54-6692155 | ) | Chapter 11 |
| Debtor | ) | |
| | ) | Hon. John H. Squires |

**FIFTH AND FINAL APPLICATION
OF ALAN D. LASKO & ASSOCIATES, P.C.
FOR ALLOWANCE COMPENSATION AND EXPENSES**

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C.,** Certified Public Accountants, request fifth and final compensation of $1,347.80 and expenses of $18.48 for the time period from February 27, 2010 through June 20, 2011. A detail is provided herein for the Estate, which identifies by subject matter the services performed by the Applicant. Additional detail is provided to reflect the function and individual performing said services. Lastly, each individual's classification and hourly rate is also reflected. In addition, attached is the Affidavit pursuant to Bankruptcy Rule 2016.

The Applicant accordingly, submits its Fifth and Final Fee Application for allowance and payment of compensation for the above amount for actual, reasonable and necessary professional services rendered and reimbursement of the actual, reasonable and necessary expenses incurred. In further support of this Fifth and Final Fee Application, Alan D. Lasko & Associates, P.C. ("ADLPC") respectfully states as follows:

## ESTATE OF THOMAS BEECHAM

### INTRODUCTION

This Court has jurisdiction over this Fifth and Final Fee Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's partners, of counsel, associates, and other employees, or (b) any compensation another person or party has received or may receive in these cases.

### GENERAL

The Debtor filed a petition under Chapter 11 of the Federal Bankruptcy Code on or about October 14, 2005. On November 3, 2005, Alan D. Lasko & Associates, P.C. was approved by

## ESTATE OF THOMAS BEECHAM

the Court issued as the accountants for the Debtor-in-Possession. Reflected in this fee petition is the Applicant's time for its final work for the Estate and for the amended 2009 Estate tax returns.

The following represents a description of the primary individuals in this engagement.

### Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 25 years. He brings his 35 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF). Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society. Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics. Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

### Connie Lee – Staff

Ms. Lee is a fifth-year staff person performing accounting and tax services. Ms. Lee has a Bachelor of Accounting from DeVry University.

3

## ESTATE OF THOMAS BEECHAM

<u>Tricia Kong – Staff</u>

Ms. Kong is a fourth-year staff person performing accounting and tax services. Ms. Kong has a Masters in Accounting from the University of Illinois at Chicago and a Bachelor's of Commerce from the University of Alberta, Edmonton.

## STAFF – SUPERVISORS, SENIORS AND ASSISTANTS

### SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

### SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

### ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

## ESTATE OF THOMAS BEECHAM

### FEE APPLICATION

The fees sought by this Fifth and Final Fee Application reflect an aggregate of 9.1 hours of ADLPC's time spent and recorded in performing services during the Fifth and Final Compensation Period. This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Debtor's Estate, which has already been eliminated by ADLPC. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which fifth and final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Debtor-in-Possession and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the members, counsel and associates of the Firm, or (b) any compensation another person or party has received or may receive. No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

5

## ESTATE OF THOMAS BEECHAM

### BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

### BILLING

The Applicant has incurred .6 hour in the preparation of this fee Application.

Cost                    $55.50

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.1 | $ 260.00 | $ 26.00 |
| C. Wilson, Staff | 0.5 | 59.00 | 29.50 |
|  | 0.6 |  | $ 55.50 |

### YEAR-END WORK

The Applicant incurred 3.8 hours in the preparation of the Estate's year 2010 and final information tax returns.

Cost                    $488.90

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.7 | $ 260.00 | $ 182.00 |
| C. Lee, Staff | 1.6 | 99.00 | 158.40 |
| T. Kong, Staff | 1.5 | 99.00 | 148.50 |
|  | 3.8 |  | $ 488.90 |

## ESTATE OF THOMAS BEECHAM

### AMENDED RETURNS

The Applicant incurred 4.7 hours in the preparation of the Estate's year 2009 amended income tax returns.

Cost          $803.40

A recap of compensation for this category is as follows:

|              | Hours | Rate     | Amount    |
|--------------|-------|----------|-----------|
| A. Lasko     | 2.1   | $ 260.00 | $  546.00 |
| C. Lee, Staff| 2.6   | 99.00    | 257.40    |
|              | 4.7   |          | $  803.40 |

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| Owner            | $250 | - | $275 |
|------------------|------|---|------|
| Manager/Director | 180  | - | 250  |
| Supervisors      | 160  | - | 180  |
| Senior           | 120  | - | 160  |
| Assistant        | 65   | - | 120  |

### EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is the Firm's policy to charge its client only the

7

## ESTATE OF THOMAS BEECHAM

amount actually incurred by the Firm in connection with such items.  Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

|  | Postage | Copy Costs | Total |
|---|---|---|---|
| Year-End Work | $ 0.48 | $ - | $ 0.48 |
| Amended Returns | 4.90 | 13.10 | 18.00 |
|  | $ 5.38 | $ 13.10 | $ 18.48 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its fifth and final fee period are as follows:

| Recap by Project | Fifth and Final Application | Fourth Interim Application | Third Interim Application |
|---|---|---|---|
| Billing | $ 55.50 | $ 111.00 | $ 111.00 |
| Year-End Work | 488.90 | 1,948.20 | 1,236.30 |
| IRS Examination | - | - | 1,631.00 |
| Amended Returns | 803.40 | - | - |
| Net Request | $ 1,347.80 | $ 2,059.20 | $ 2,978.30 |

| | Second Interim Application | First Interim Application | Total |
|---|---|---|---|
| | $ 355.00 | $ 350.00 | $ 982.50 |
| | 6,732.90 | 14,284.40 | 24,690.70 |
| | 6,435.00 | - | 8,066.00 |
| | - | - | 803.40 |
| | $ 13,522.90 | $ 14,634.40 | $ 34,542.60 |

8

### ESTATE OF THOMAS BEECHAM

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 9.0 | $ 982.50 | $ 109.17 |
| Year-End Work | 181.7 | 24,690.70 | $ 135.89 |
| IRS Examination | 34.4 | 8,066.00 | $ 234.48 |
| Amended Returns | 4.7 | 803.40 | $ 170.94 |
| | 229.8 | $ 34,542.60 | $ 150.32 |

The Applicant has received its first, second, third and fourth interim compensation and expenses as follows:

| | Compensation | Expenses |
|---|---|---|
| First Interim | $ 14,634.40 | $ 10.73 |
| Second Interim | 13,522.90 | 82.48 |
| Third Interim | 2,978.30 | 36.35 |
| Fourth Interim | 2,059.20 | 17.20 |

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 11 case and was in the best interests of the parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and

## ESTATE OF THOMAS BEECHAM

reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets

forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.
>
> (A)   the time spent on such services;
>
> (B)   the rates charged for such services;
>
> (C)   whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;
>
> (D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and
>
> (E)   whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks

compensation in this Fifth and Final Fee Application were necessary for and beneficial to the

efforts in administering the Debtor's Estate, and necessary to and in the best interests of the

Debtor's Estate. ADLPC further submits that the compensation requested herein is reasonable in

light of the nature, extent, and value of such services provided to the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are

identical to the rate it would charge throughout the country in any bankruptcy case of this size

and prominence.

Document   Page 13 of 22

### ESTATE OF THOMAS BEECHAM

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. As shown by this Fifth and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort. In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a particular task. Accordingly, approval of the Fifth and Final compensation sought herein for the Compensation Period is warranted.

### CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested fifth and final compensation of $1,347.80 and expenses of $18.48 should be allowed for services by your Applicant for the period February 27, 2010 through June 20, 2011.

_____
Alan D. Lasko

Alan D. Lasko & Associates, P.C.
29 South LaSalle Street
Suite 1240
Chicago, Illinois 60603
(312) 332-1302

11

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Estate of Thomas Beecham | ) | No. 05 B 54525 |
| | ) | |
| 54-6692155 | ) | Chapter 11 |
| Debtor | ) | |
| | ) | Hon. John H. Squires |

<u>**AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016**</u>

STATE OF ILLINOIS)
             )        SS.
COUNTY OF COOK )

      I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1.      I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for the Chapter 11 Debtor-in-Possession in this case.

2.      I have read the Fifth and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Debtor-in-Possession.

3.      Lasko has previously received payments for services rendered in connection with this case from the Debtor-in-Possession. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Debtor-in-Possession in connection with these cases, except among the members and associates of the Firm.

4.      The Applicant has received its first, second, third and fourth interim application for compensation and expenses as follows:

| | Compensation | | Expenses |
|---|---|---|---|
| First Interim | $ 14,634.40 | $ | 10.73 |
| Second Interim | 13,522.90 | | 82.48 |
| Third Interim | 2,978.30 | | 36.35 |
| Fourth Interim | 2,059.20 | | 17.20 |

12

FURTHER AFFIANT SAYETH NOT.

Alan D. Lasko

Subscribed and Sworn to before me
this _20th_ day of June 20, 2011.

Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/11/12

13

6/20/2011                           Alan D. Lasko & Associates, P.C.
4:42 PM                                  Pre-bill Worksheet                              Page      1

---

## Selection Criteria

Clie.Selection          Include: Beecham.002; Beecham.012; Beecham.080

---

Nickname          Beecham.002 | 2332
Full Name         Estate of Roger T. Beecham
Address           8525 Kearney Rd.
                  Downers Grove IL 60516
Phone 1                               Phone 2
Phone 3                               Phone 4
In Ref To         tax prep
Fees Arrg.        By billing value on each slip
Expense Arrg.     By billing value on each slip
Tax Profile       Exempt
Last bill         2/26/2010
Last charge       6/20/2011
Last payment      5/28/2010            Amount      $1,965.40

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/13/2011 93487 | C. Lee 800 | 99.00 | 0.40 | 39.60 | Billable |
| | reviewed preparation of year 2010 forms 1099-Misc and 1096 (information returns) and cover letter | | | | |
| 1/13/2011 93519 | T. Kong 800 | 99.00 | 1.20 | 118.80 | Billable |
| | preparation of information tax returns and related cover letter | | | | |
| 1/20/2011 93798 | T. Kong 800 | 99.00 | 0.30 | 29.70 | Billable |
| | obtained 2010 operating reports to review if additional information tax returns needed to be done as requested. | | | | |
| 6/15/2011 98586 | A. Lasko 800 | 260.00 | 0.40 | 104.00 | Billable |
| | review of prior estate returns and estimated 2010 and 2011 estate activity.....in order to respond to counsel regarding need to or need not to file income tax returns for the estate | | | | |
| 6/20/2011 98580 | C. Lee 800 | 99.00 | 1.20 | 118.80 | Billable |
| | Estimated time to prepare estate's final information tax returns and cover letter | | | | |
| 6/20/2011 98583 | A. Lasko 800 | 260.00 | 0.30 | 78.00 | Billable |
| | Estimated time to review estate's final information tax return and cover letter | | | | |

6/20/2011                          Alan D. Lasko & Associates, P.C.
4:42 PM                               Pre-bill Worksheet                          Page        2

Beecham.002:Estate of Roger T. Beecham (continued)

|  |  |  | Amount | Total |
|---|---|---|---|---|
| TOTAL | Billable Fees | 3.80 |  | $488.90 |

| Date | User | Price | Quantity | Amount | Total |
|---|---|---|---|---|---|
| ID | Expense | Markup % |  |  |  |
| 1/13/2011 | C. Wilson | 0.48 | 1.000 | 0.48 | Billable |
| 93490 | 105 |  |  |  |  |
|  | Postage for 2010 information tax returns |  |  |  |  |

| | | | | |
|---|---|---|---|---|
| TOTAL | Billable Costs |  |  | $0.48 |

---

### Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips | | |
| By billing value on each slip. | | |
| Total of billable time slips | $488.90 | |
| Total of Fees (Time Charges) | | $488.90 |
| Costs Bill Arrangement: Slips | | |
| By billing value on each slip. | | |
| Total of billable expense slips | $0.48 | |
| Total of Costs (Expense Charges) | | $0.48 |
| Total new charges | | $489.38 |
| Previous Balance | | |
| 120 Days | $1,965.40 | |
| Total Previous Balance | | $1,965.40 |

Accounts Receivables

| Date|ID | Type | Description | Amount | Total |
|---|---|---|---|---|---|
| 5/28/2010 | PAY | Payment - thank you | ($1,965.40) | |
| 10494 |  |  |  |  |
| Total Accounts Receivable |  |  |  | ($1,965.40) |

| | | |
|---|---|---|
| New Balance | | |
| Current | $489.38 | |

6/20/2011                       Alan D. Lasko & Associates, P.C.
4:42 PM                              Pre-bill Worksheet                              Page      3

Beecham.002:Estate of Roger T. Beecham (continued)

|  | Amount | Total |
|---|---|---|
| Total New Balance | | $489.38 |

6/20/2011                          Alan D. Lasko & Associates, P.C.
4:42 PM                                Pre-bill Worksheet                          Page        4

Nickname        Beecham.012 | 2333
Full Name       Estate of Roger T. Beecham
Address         8525 Kearney Rd.
                Downers Grove IL 60516
Phone 1                         Phone 2
Phone 3                         Phone 4
In Ref To       fee petition
Fees Arrg.      By billing value on each slip
Expense Arrg.   By billing value on each slip
Tax Profile     Exempt
Last bill       2/26/2010
Last charge     6/20/2011
Last payment    5/28/2010              Amount        $111.00

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 6/20/2011<br>98592 | C. Wilson<br>800<br>Prepared fee petition. | 59.00 | 0.50 | 29.50 | Billable |
| 6/20/2011<br>98597 | A. Lasko<br>800<br>prepared fee petition | 260.00 | 0.10 | 26.00 | Billable |

| TOTAL | Billable Fees | | 0.60 | | $55.50 |

Total of billable expense slips                                                    $0.00

### Calculation of Fees and Costs

| | | Amount | Total |
|---|---|---|---|
| Fees Bill Arrangement: Slips<br>By billing value on each slip | | | |
| Total of billable time slips | | $55.50 | |
| Total of Fees (Time Charges) | | | $55.50 |
| Total of Costs (Expense Charges) | | | $0.00 |
| Total new charges | | | $55.50 |
| Previous Balance<br>120 Days | | $111.00 | |
| Total Previous Balance | | | $111.00 |

6/20/2011                         Alan D. Lasko & Associates, P.C.
4:42 PM                              Pre-bill Worksheet                         Page       5

Beecham.012:Estate of Roger T. Beecham (continued)

|  |  |  | Amount | Total |
|---|---|---|---|---|
| **Accounts Receivables** | | | | |
| Date|ID | Type | Description | | |
| 5/28/2010 10495 | PAY | Payment - thank you | ($111.00) | |
| **Total Accounts Receivable** | | | | ($111.00) |
| **New Balance** | | | | |
| Current | | | $55.50 | |
| **Total New Balance** | | | | $55.50 |

6/20/2011
4:42 PM

Alan D. Lasko & Associates, P.C.
Pre-bill Worksheet

Page        6

| | |
|---|---|
| Nickname | Beecham.080 \| 3614 |
| Full Name | Estate of Roger T. Beecham |
| Address | 8525 Kearney Rd. |
| | Downers Grove IL 60516 |
| Phone 1 | Phone 2 |
| Phone 3 | Phone 4 |
| In Ref To | amended return |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |
| Last bill | |
| Last charge | 10/22/2010 |
| Last payment | Amount        $0.00 |

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 9/24/2010 91261 | C. Lee 800 | 99.00 | 2.60 | 257.40 | Billable |
| | preparation of 2009 amended workpapers and year end tax returns | | | | |
| 10/21/2010 92089 | A. Lasko 800 | 260.00 | 1.40 | 364.00 | Billable |
| | review of amended return - for 2009 | | | | |
| 10/21/2010 92090 | A. Lasko 800 | 260.00 | 0.30 | 78.00 | Billable |
| | prepared IRS 60 day letter for amended federal return | | | | |
| 10/22/2010 92112 | A. Lasko 800 | 260.00 | 0.40 | 104.00 | Billable |
| | sign off of federal and state amended tax returns for 2009 and IRS 60 day copy and letter | | | | |
| TOTAL | Billable Fees | | 4.70 | | $803.40 |

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 10/22/2010 92215 | C. Wilson 115 | 13.10 | 1.000 | 13.10 | Billable |
| | Photocopy costs for 2009 amended Forms 1041 income tax returns - 131 pages @ $.10 per page. | | | | |
| 10/22/2010 92216 | C. Wilson 105 | 4.90 | 1.000 | 4.90 | Billable |
| | Postage for 2009 amended Forms 1041 income tax returns. | | | | |
| TOTAL | Billable Costs | | | | $18.00 |

6/20/2011                          Alan D. Lasko & Associates, P.C.
4:42 PM                                 Pre-bill Worksheet                              Page      7

Beecham.080:Estate of Roger T. Beecham (continued)

---

### Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable time slips | $803.40 | |
| Total of Fees (Time Charges) | | $803.40 |
| Costs Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable expense slips | $18.00 | |
| Total of Costs (Expense Charges) | | $18.00 |
| Total new charges | | $821.40 |
| New Balance | | |
| Current | $821.40 | |
| Total New Balance | | $821.40 |