UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   05-54525 |
| | ) | |
| BEECHAM, ROGER THOMAS, | ) | Chapter: 11 |
| | ) | Honorable John H. Squires |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### FINAL DECREE CLOSING CASE

This matter having come on to be heard on the motion of Roger Thomas Beecham, not individually, but as the trustee (the "Trustee") of the Beecham Creditors' Trust established for the purpose of implementing the Second Amended Plan of Liquidation (the "Plan") filed by the Debtor, pursuant to 11 U.S.C. § 350, Fed. R. Bankr. P. 3022 and Local Rule 3022-1, for entry of a final decree closing the Debtor's case, as more particularly set forth therein, notice having been served on the parties entitled to same, it appearing to the Court that the Plan has been substantially consummated and that the Debtor's estate has been fully administered,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.  That the Trustee is hereby discharged of his trust.

2.  That the estate herein and the above-captioned case shall be closed by the Clerk of the United States Bankruptcy Court.

Enter:

Honorable John H. Squires
United States Bankruptcy Judge

Dated:   JUN 30 2011

**Prepared by counsel of Movant:**

Richard M. Fogel (#3127114)
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL  60654
(312) 276-1334